MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ATIANA GOTTI, an individual,<br><br>     Plaintiffs,<br>     vs.<br><br>GAY AND LESBIAN COMMUNITY CENTER OF SOUTHERN NEVADA, INC., a Nevada corporation; DOES I – X, inclusive,<br><br>     Defendants. | **Case No.:** 2:23-cv-01006-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Atiana Gotti ("Plaintiff"), by and through her respective counsel, and Defendant, Gay and Lesbian Community Center of Southern Nevada, Inc., ("Defendant"), by and through its respective counsel (collectively the "Parties"), hereby stipulate and request that this Court extend the deadline to file Plaintiff's Opposition to Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment (ECF No. 7)("Defendant's Motion") by an additional fourteen (14) days, extending the deadline from July 25, 2023, to August 8, 2023. Defendant's Motion was filed on July 11, 2023. (*See* ECF No. 7).

This is the first request for an extension of time for Plaintiff to file her Opposition to Defendant's Motion and is not sought for any improper purpose or other purpose of delay. This request is sought due to conflicting deadlines and scheduling conflicts in other matters for Plaintiff's counsel limiting their ability to timely and adequately respond to Defendant's

1

dispositive motion.

IT IS SO STIPULATED.

DATED this 20th day of July, 2023.                    DATED this 20th day of July, 2023.

**MCLETCHIE LAW**                                     **GAY AND LESBIAN COMMUNITY CENTER OF SOUTHERN NEVADA**

By: /s/ *Margaret A. McLetchie*                       By: */s/ Dylan E. Houston*
    MARGARET A. MCLETCHIE,                                PRESCOTT T. JONES,
    Nevada Bar No. 10931                                  Nevada Bar No. 11617
    LEO S. WOLPERT,                                       pjones@rlattorneys.com
    Nevada Bar No. 12658                                  DYLAN E. HOUSTON,
    602 South Tenth Street                                Nevada Bar No. 13697
    Las Vegas, Nevada 89101                               dhouston@rlattorneys.com
    Telephone: (702) 728-5300                             8925 W. Russell Rd., Suite 220
    Fax: (702) 425-8220                                   Las Vegas, Nevada 89148
    Email: maggie@nvlitigation.com                        Telephone: (702) 997-3800
    *Attorneys for Plaintiff*                             Fax: (702) 997-3800
                                                          *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: July 24, 2023

2