MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiff Atiana Gotti*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ATIANA GOTTI, an individual, | Case No.: 2:23-cv-01006-APG-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO STAY CASE DEADLINES PENDING SETTLEMENT** |
| GAY AND LESBIAN COMMUNITY CENTER OF SOUTHERN NEVADA, INC., a Nevada corporation; DOES I – X, inclusive, | |
| Defendants. | |

Plaintiff Atiana Gotti ("Plaintiff"), by and through her respective counsel, McLetchie Law Group, PLLC, and Defendant Gay and Lesbian Center of Southern Nevada, Inc. ("Defendant"), by and through its respective counsel, Resnick & Louis, P.C. (collectively the "Parties"), hereby stipulate as follows:

**WHEREAS:**

1. On April 24, 2023, Plaintiff filed her Complaint in the Eighth Judicial District Court (Case No. A-23-869524-C) and served the Complaint on Defendant;

/ / /

/ / /

1

2. On June 29, 2023, Defendant filed with the Eighth Judicial District Court its Notice of Removal to the United States District Court for the District of Nevada and filed with the United States District Court for the District of Nevada its Petition for Removal of Action Pursuant to 28 U.S.C. § 1441 (a) and (b) (Case No.: 2:23-cv-01006-APG-EJY) (ECF No. 1);

3. The Parties have agreed to a tentative settlement in this matter resolving all claims;

4. The Parties continue to communicate to finalize the terms of a Settlement Agreement and Mutual General Release;

**STIPULATION**

5. Accordingly, the Parties hereby stipulate to stay all current deadlines set forth in the stipulated Discovery Plan and Scheduling Order (ECF No. 17) pending settlement;

6. In the event that settlement is not finalized before December 31, 2023, the Parties shall file a Joint Status Report with the Court by no later than January 12, 2024 updating the Court.

7. The Parties further agree that, in the event settlement is not finalized, that an additional stipulation and order to extend deadlines will be necessary (extending the current deadlines by the time the stay is in effect) and will meet and confer regarding the same and will submit a revised proposed scheduling order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

Therefore, the Parties stipulate and respectfully request that the Court vacate all remaining dates in this matter.

**IT IS SO STIPULATED.**

DATED this 29th day of November, 2023.    DATED this 29th day of November, 2023.

| MCLETCHIE LAW | RESNICK & LOUIS, P.C. |
|---|---|
| By: */s/ Leo S. Wolpert* | By: */s/ Dylan E. Houston* |
| MARGARET A. MCLETCHIE, | PRESCOTT T. JONES, |
| Nevada Bar No. 10931 | Nevada Bar No. 11617 |
| LEO S. WOLPERT, | pjones@rlattorneys.com |
| Nevada Bar No. 12658 | DYLAN E. HOUSTON, |
| 602 South Tenth Street | Nevada Bar No. 13697 |
| Las Vegas, Nevada 89101 | dhouston@rlattorneys.com |
| Telephone: (702) 728-5300 | 8925 W. Russell Rd., Suite 220 |
| Fax: (702) 425-8220 | Las Vegas, Nevada 89148 |
| Email: efile@nvlitigation.com | Telephone: (702) 997-3800 |
| *Attorneys for Plaintiff* | Fax: (702) 997-3800 |
| | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3