**RESNICK & LOUIS, P.C.**
PRESCOTT T. JONES, ESQ.
Nevada Bar No. 11617
DYLAN E. HOUSTON, ESQ.
Nevada Bar No. 13697
pjones@rlattorneys.com
dhouston@rlattorneys.com
8945 W. Russell Road, Suite 330
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile:   (702) 997-3800
*Attorneys for Defendant*
*Gay and Lesbian Community*
*Center of Southern Nevada, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ATIANA GOTTI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GAY AND LESBIAN COMMUNITY CENTER OF SOUTHERN NEVADA, INC., a Nevada corporation, DOES I -- X, inclusive;<br><br>Defendants. | CASE NO.:  2:23-CV-01006 APG/EJY<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between Defendant GAY AND LESBIAN COMMUNITY CENTER OF SOUTHERN NEVADA, INC., by and through their counsel of record, PRESCOTT T. JONES, ESQ., and DYLAN E. HOUSTON, ESQ., of the law firm of RESNICK & LOUIS, P.C. and Plaintiff ATIANA GOTTI, by and through her counsel of record, MARGARET A. McLETCHIE, ESQ., of McLETCHIE LAW that the parties mutually release all claims arising out of Case No.: 2:23-cv-01006 against one another and all parties shall be

dismissed with prejudice in their entirety, with each of the parties to bear their own attorney fees and costs.

DATED this 17th day of January, 2024.

RESNICK & LOUIS, P.C.

/s/ Dylan E. Houston

_____
Prescott T. Jones, Esq.
Nevada Bar No. 11617
Dylan E. Houston, Esq.
Nevada Bar No. 13697
8945 W. Russell Road, Suite 330
Las Vegas, NV  89148
*Attorneys for Defendant*
*Gay and Lesbian Community*
*Center of Southern Nevada, Inc.*

DATED this 17th day of January, 2024.

McLETCHIE LAW

/s/ Peter O'Leary

_____
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Peter O'Leary, Esq.
Nevada Bar No. 15297
602 South Tenth Street
Las Vegas, NV  89101
*Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated: January 18, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2